■ The People of the State of New York, Respondent, v Orlando Upshure, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Gallagher, J.), both rendered July 6, 1989, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree under Indictment No. N10824/88, and criminal sale of a controlled substance in the third degree under Indictment No. N10946/88, upon jury verdicts, and imposing sentences.

Ordered that the judgments are affirmed.

On June 20, 1988, the defendant was arrested after selling crack-cocaine to an undercover police officer during a "buy and bust" operation outside of a house on Union Hall Street in Queens County. Two weeks later, on July 5, 1988, the

defendant was again arrested after selling crack-cocaine to the same undercover officer during another "buy and bust" operation at the same location.

We disagree with the defendant's contention that he was denied a fair trial due to statements made by the prosecutor during summation. Initially, we note that the defendant's challenge to only one of the allegedly improper statements was preserved for appellate review *(see,* CPL 470.05 [2]). In any event, the challenged remarks of the prosecutor were made in fair response to those made by defense counsel during summation *(see, People v Street,* 124 AD2d 841). Thompson, J. P., Kunzeman, Sullivan and Lawrence, JJ., concur.